1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
6  amandas@potterhandy.com

7  Attorneys for Plaintiff, ORLANDO GARCIA

8              UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA

10  ORLANDO GARCIA,                    )  Case No.: 2:20-cv-11757-JFW-E
                                       )
11          Plaintiff,                 )
                                       )
12     v.                              )  **NOTICE OF SETTLEMENT AND
                                       )  REQUEST TO VACATE ALL
13  NEW SANTA MONICA BEACH HOTEL,      )  CURRENTLY SET DATES**
    L.L.C., a Delaware Limited Liability )
14  Company and Does 1-10,             )
                                       )
15          Defendants,                )
                                       )

16        The plaintiff hereby notifies the court that a provisional settlement has been

17  reached in the above-captioned case. The Parties would like to avoid any additional

18  expense while they focus efforts on finalizing the terms of the settlement and reducing it

19  to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all

20  currently set dates with the expectation that the settlement will be consummated within

21  the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice

22  as to all parties to be filed.

23                          CENTER FOR DISABILITY ACCESS
24

25  Dated: January 25, 2021      /s/ Amanda Seabock
26                               Amanda Seabock
                                 Attorney for Plaintiff
27

28