UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEW SANTA MONICA BEACH HOTEL, L.L.C., a Delaware Limited Liability Company and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-11757-JFW-E<br><br>**ORDER** |

# **ORDER**

　　The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: _____　　　_____
　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　United States District Judge

Notice of Settlement　　　　　-1-　　　　　2:20-cv-11757-JFW-E